United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 15, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————

No. 06-40748
Summary Calendar

—————————

In the Matter of: JUAN PEQUEÑO,

Debtor.

--------------------------------------------------------------

JUAN PEQUEÑO,

Appellant,

versus

AURORA LOAN SERVICES INC; JOE DE LA FUENTE; MELISSA AVALOS;
ENRIQUE PEREZ

Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-05-CV-135
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

For the reasons stated by the district court and bankruptcy

court below, we AFFIRM. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.